UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ARTEMUS EDEN.** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 25-cv-02944 (APM) |
| **STATION TOWNHOUSES LLC, et al.** | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated on the record during the oral ruling delivered on this date, *see also* Notice, ECF No. 19, the court grants Plaintiff Artemus Eden's request for a preliminary injunction. In sum, Defendants wrongfully evicted Plaintiff from his tenancy at 701 2nd Street, N.E., Unit 943 (located within the Station House Apartments), and Plaintiff will suffer irreparable harm if not granted injunctive relief. Neither the balance of harms nor the public interest, individually or together, outweigh Plaintiff's success on the first two injunction factors.

Defendants are ordered to provide Plaintiff with a key to 701 2nd St., N.E., Unit 943 by no later than Monday, September 15, 2025, at 12:00 p.m. and to permit him to reside in that property until the resolution of this case.

The entry and effect of this Order is expressly conditioned on Plaintiff abiding by the following terms in connection with his tenancy until the resolution of this case.

1. Plaintiff will refrain from contacting, either direct or indirectly, any elected U.S. officials, including any U.S. Senators, who reside at Station House Apartments, or their visiting staff;

2. Plaintiff will refrain from any verbal communications with Defendants' staff and will communicate with staff solely in writing, except in case of an emergency;

3. Plaintiff will refrain from engaging in any criminal activity at or in the vicinity of Station House Apartments, including but not limited to any activity that results in Plaintiff's arrest;

4. Plaintiff will refrain from accessing any amenity spaces at Station House Apartments and from loitering near the front desk area at Station House Apartments, except that he may access and use the business center between the hours of 5:00 a.m. to 7:00 a.m. and 12:00 p.m. to 2:00 p.m.;

5. Plaintiff will comply with all pest control instructions and treatments;

6. Plaintiff will not access or attempt to access any apartment units at Station House Apartments other than Unit 943;

7. Plaintiff's March 6, 2020 Apartment Lease shall remain in full force and effect, and Plaintiff's prior rental account balance shall be carried forward and added to Plaintiff's current rental account;

8. If Plaintiff fails to comply with the conditions set forth in Paragraphs 1–6 above, the court may issue an order requiring Plaintiff to show cause why the preliminary injunction should not be dissolved; and

9. Nothing in the court's Order shall prevent Defendants from filing an action for repossession of 701 2nd Street, N.E., Unit 943 due to Plaintiff's failure to pay rent or failure to comply with his lease obligations.

Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff shall deposit security in the amount of $100 with the Clerk of the Court by no later than September 19, 2025.

Dated: September 12, 2025

Amit P. Mehta
United States District Judge