IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTEMUS EDEN,**<br><br>      Plaintiff / Counter-Defendant,<br><br>v.<br><br>**STATION TOWNHOUSES LLC, et al.,**<br><br>      Defendants / Counterclaimants | Case No. 1:25-cv-02944 |

## NOTICE OF APPEAL

Defendants Station Townhouses LLC and Bozzuto Management Company ("Defendants") appeal to the United States Court of Appeals for the D.C. Circuit from the preliminary injunction Order entered on September 12, 2025 [ECF No. 20]. Defendants appeal from the Order as it incorporates the Court's findings of fact and conclusions of law as set forth in the Court's Notice of September 12, 2025 [ECF No. 19].

952680

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

*/s/ Joe Dugan*
Christina F. Araviakis (Bar No. MD0203)
caraviakis@gejlaw.com
James D. Bragdon (Bar No. 1017743)
jbragdon@gejlaw.com
Joe Dugan (*pro hac vice*)
jdugan@gejlaw.com
Sangeetha Kannan (*pro hac vice*)
skannan@gejlaw.com
218 North Charles Street, Suite 400
Baltimore, MD  21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
*Attorneys for Defendants*

Date:  September 12, 2025

## CERTIFICATE OF SERVICE

I CERTIFY that on September 12, 2025, the foregoing Notice of Appeal was served by CM/ECF on counsel of record and by email on Attorney Neil Satterlund.

*/s/ Joe Dugan*
Joe Dugan (*pro hac vice*)

2

952680