## Joe Dugan

| | |
|---|---|
| **From:** | Tony Watson <Tony.Watson@bozzuto.com> |
| **Sent:** | Friday, September 19, 2025 9:20 AM |
| **To:** | Taylor Davis |
| **Cc:** | Linsey Isaacs |
| **Subject:** | Art in #943- Apartment Issues |

Good Morning Team,

I wanted to inform you about Art in #943 conversation this morning regarding his apartment.
@ 7:15am this morning Art comes to the desk and informs me that he has an emergency with his apartment. I asked him to write us an email so that maintenance have it in writing and he said that he cannot because he doesn't have a computer. He started out going on a tangent stressing to me that the whole issue is between him and Bozzuto and to stay out of it. He then starts informing me about the issues in his apartment below.

1. His bathroom floors are stained,
2. the sink in his bathroom is draining slowly,
3. Toilet doesn't flush properly,
4. He still see roaches,
5. The hallway outside of his apartment needs to be painted,
6. He requested all new appliances as he says they are old.


Warmest Regards,

**Tony Watson**
**Executive Concierge, Station House**
701 2nd Street NE  |  Washington, DC 20002
(O) 202.470.0262  | **stationhousedc.com**



QDPHG#&4#WRS#Z RUNSODFH#5353#E\#WKH#Z DVKLQJWRQ#SRVW

5353#QDKE#SURSHUW\#PDQDJHPHQW#IIUP #RI#WKH#\HDU#

QDPHG#&4#LQ#WKH#XV#IRU#RQOLQH#UHSXWDWLRQ#VHYHQ#\HDUV#LQ#D#URZ #

<div style="text-align:right;color:red;font-weight:bold;">Exhibit 1</div>