IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTEMUS EDEN,**<br><br>   Plaintiff / Counter-Defendant,<br><br>v.<br><br>**STATION TOWNHOUSES LLC, et al.,**<br><br>   Defendants / Counterclaimants | **Case No. 1:25-cv-02944** |

**[PROPOSED] ORDER**

UPON REVIEW of Defendants' Emergency Motion for Show-Cause Order and Indicative Ruling to Dissolve Injunction, and any response or reply thereto; for good cause shown, it is **ORDERED**:

1. Defendants' motion be and is **GRANTED**; and

2. At a hearing on _____, Plaintiff shall **SHOW CAUSE** why the preliminary injunction should not be dissolved due to Plaintiff's conduct violations.


Date: _____                           _____
                                   Hon. Amit P. Mehta
                                   United States District Judge