# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

**ARTEMUS EDEN,**

Plaintiff-Appellee

v.

**STATION TOWNHOUSES LLC, et al.,**

Defendants-Appellants

**Case No. 25-7133**

### SUPPLEMENTAL STATEMENT REGARDING JURISDICTION

Pursuant to the Court's November 20, 2025 Order, Defendants-Appellants Station Townhouses LLC (the "Project SPE") and Bozzuto Management Company ("BMC," and together with the Project SPE, "Station House") submit this supplemental statement regarding jurisdiction. As set forth in Station House's Notice of Removal and the affidavits attached hereto as Exhibits A and B, BMC is a corporation incorporated and headquartered in Maryland,[1] while the Project SPE is a limited liability company organized under the laws of Delaware and with its principal place of business in New York. At the time of removal, based on its internal diligence, Station House understood the Project SPE's two ownership groups, New York–based Fisher Brothers and New Jersey–based Veris Residential,

---

[1] *See* SDAT printout, attached as Exhibit C.

**Exhibit 1**

to be completely diverse from Plaintiff-Appellant Artemus Eden.  Station House's research and analysis in response to the Court's Order generally confirms that prior understanding, with one caveat.  The ownership chain of the Fisher Brothers group consists of individuals, entities, and trusts that are citizens of Delaware and New York.  *See* Ex. A.  The ownership chain of the Veris Residential group consists primarily of entities that are citizens of Delaware, New Jersey, and Maryland.  *See* Ex. B.  As discussed in paragraph 8.d of Exhibit B and as shown in the chart attached as Exhibit D, a consortium of individuals/trusts/corporations own an 8.5983% limited partner interest in a limited partnership that is four levels removed from the Project SPE.  Within that group of around 75 investors, Station House has identified one co-trustee of two irrevocable grantor trusts under Maryland law who is a DC resident.  Undersigned counsel have not located any decisions by this Court addressing whether such a remote interest could defeat diversity, though other courts have so held on analogous fact patterns.  Under *Carden v. Arkoma Associates*, 494 U.S. 185 (1990); *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378 (2016); and *Wang ex rel. Wong v. New Mighty U.S. Trust*, 843 F.3d 487 (D.C. Cir. 2016), assuming these irrevocable grantor trusts are "traditional" trusts, the trusts would take on the citizenship of their trustees, including the DC resident.  If the Court finds such a remote interest to be relevant, the Court likely would then conclude that the parties are not completely diverse.

                Respectfully submitted,

                _____*/s/ Joe Dugan*_____
                James D. Bragdon
                Joe Dugan
                GALLAGHER LLP
                218 North Charles Street, Suite 400
                Baltimore, Maryland 21201
                Phone: (410) 727-7702
                jbragdon@gallagherllp.com
                jdugan@gallagherllp.com

                *Counsel for Defendants-Appellants Station Townhouses LLC and Bozzuto Management Company*

Date:  November 26, 2025

## Certificate of Service

    I CERTIFY that on November 26, 2025, the foregoing brief, together with the exhibits thereto, will be served by CM/ECF on counsel of record.

                _____*/s/ Joe Dugan*_____
                Joe Dugan

IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

ARTEMUS EDEN,

    Plaintiff-Appellee

v.

STATION TOWNHOUSES LLC, et al.,

    Defendants-Appellants

Case No. 25-7133

### AFFIDAVIT OF WINSTON FISHER

I, Winston Fisher, being of sound mind and above age eighteen, make this affidavit based on my personal knowledge and information available to me in the course of my professional duties.

1.     I am one of the managing members of FB Capitol Place LLC, the entity which owns the interests on behalf of the "Fisher Brothers" ownership group.

2.     The Station House Apartments are wholly owned by Station Townhouses LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York.

**Exhibit A**

3. Station Townhouses LLC is wholly owned by Capitol Place Mezz LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York.

4. Capitol Place Mezz LLC has two 50% members, FB Capitol Place LLC and Veris Residential Partners, L.P. FB Capitol Place LLC is the Fisher Brothers affiliate that co-owns the Station House investment.

5. The members of FB Capitol Place LLC are:

   a. KF Assets LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York;

   b. AF Assets LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York;

   c. WC Assets LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York;

   d. SF Assets LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York;

   e. Fisher Business Property Family Trust u/w/o M. Anthony Fisher, dated as of September 25, 2001, a New York trust whose trustees are individual citizens of New York;

   f. Winston C. Fisher 2012 Family Trust, a New York trust whose trustees are individual citizens of New York;

g.   The Estate of Steven Fisher, an individual citizen of New York at the time of his death;

h.   Winston Fisher, an individual citizen of New York;

i.   Kenneth Fisher, an individual citizen of New York;

j.   Martin L. Edelman, an individual citizen of New York; and

k.   Scrappers LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York (this entity holds a Class B interest only).

6.   KF Assets LLC is owned by three New York trusts, the trustees of which are individual citizens of New York.

7.   AF Assets LLC is owned by KF Assets LLC, SF Assets LLC, the Estate of Steven Fisher, and Kenneth Fisher.

8.   WC Assets LLC is owned by Winston Fisher and CF 2011 Trust u/a dated as of January 1, 2011, a New York trust whose trustees are individual citizens of New York.

9.   SF Assets LLC is owned by five New York trusts, the trustees of which are individual citizens of New York.

10.   Scrappers LLC is wholly owned by an individual citizen of New York.

I solemnly affirm under the penalties for perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date:  November 25, 2025

_____
Winston Fisher

4

964778

IN THE UNITED STATES COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

**ARTEMUS EDEN,**

    Plaintiff-Appellee

v.

**STATION TOWNHOUSES LLC, et al.,**

    Defendants-Appellants

Case No. 25-7133

## AFFIDAVIT OF SUSAN EPSTEIN

I, Susan Epstein, being of sound mind and above age eighteen, make this affidavit based on my personal knowledge and information available to me in the course of my professional duties.

1. I am Senior Vice President for Legal at Veris Residential, one of the two ownership groups for the Station House Apartments in Washington, D.C.

2. The Station House Apartments are wholly owned by Station Townhouses LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York.

3. Station Townhouses LLC is wholly owned by Capitol Place Mezz LLC, a limited liability company organized under the laws of Delaware with its principal place of business in New York.

**Exhibit B**

4.   Capitol Place Mezz LLC has two 50% members, FB Capitol Place LLC and Veris Residential Partners, L.P.  Veris Residential Partners, L.P. is the Veris Residential affiliate that co-owns the Station House investment.

5.   Veris Residential Partners, L.P. is a limited partnership organized under the laws of Delaware and with its principal place of business in New Jersey.

6.   Veris Residential Partners, L.P. is wholly owned by Veris Residential Trust, a real estate investment trust organized under the laws of Maryland and with its principal place of business in New Jersey.

7.   Veris Residential Trust is wholly owned by Veris Residential, L.P., a limited partnership organized under the laws of Delaware and with its principal place of business in New Jersey.

8.   Veris Residential, L.P. has one general partner and two limited partner groups.

   a.   The general partner is Veris Residential, Inc., a corporation formed under the laws of Maryland and with its principal place of business in New Jersey.

   b.   The limited partners are (i) Mack-Cali Property Trust, a real estate investment trust organized under the laws of Maryland and with its principal place of business in New Jersey; and (ii) a consortium of individuals, family corporations, and personal trusts.

2

c. Veris Residential, Inc. owns 100% of the common, voting shares of Mack-Cali Property Trust. A consortium of former employees own preferred, non-voting shares in the trust. Veris Residential records reflect that none of these former employees are residents of the District of Columbia.

d. Veris Residential records reflect that the address of record for the individuals, family corporations, and personal trusts that make up the remaining limited partner interest in Veris Residential, L.P. are in jurisdictions other than the District of Columbia. However, through a close inspection of these records and subsequent outreach to the trustee, Veris Residential has identified one co-trustee of two trusts who is a resident of the District of Columbia.

I solemnly affirm under the penalties or perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Date: 11/24/2025

Susan Epstein

# BOZZUTO MANAGEMENT COMPANY: D02516938

| | |
|---|---|
| Department ID Number: | D02516938 |
| Business Name: | BOZZUTO MANAGEMENT COMPANY |
| Principal Office: | 6406 IVY LANE STE 700<br>GREENBELT MD 20770 |
| Resident Agent: | MICHAEL A. SCHLEGEL<br>6406 IVY LANE STE 700<br>GREENBELT MD 20770 |
| Status: | INCORPORATED |
| Good Standing: | THIS BUSINESS IS IN GOOD STANDING |
| Business Type: | CORPORATION |
| Business Code: | 03 ORDINARY BUSINESS - STOCK |
| Date of Formation/ Registration: | 03/10/1988 |
| State of Formation: | MD |
| Stock Status: | STOCK |
| Close Status: | NO |

# Exhibit C

Station Townhouses LLC
Organizational Chart

Case 1:25-cv-02944-APM    Document 35-1    Filed 01/24/26    Page 12 of 12
USCA Case #25-7133    Document #2147397    Filed: 11/26/2025    Page 1 of 1



**Exhibit D**