# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| **ARTEMUS EDEN,** | |
| Plaintiff-Appellee | |
| v. | **Case No. 25-7133** |
| **STATION TOWNHOUSES LLC, et al.,** | |
| Defendants-Appellants | |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to the Court's Order of September 15, 2025,

Defendants-Appellants Station Townhouses LLC and Bozzuto Management

Company submit this Certificate as to Parties, Rulings, and Related Cases:

**A.    Parties and Amici**

1.    The following parties appeared before the district court and are parties in this Court:  Plaintiff Artemus Eden; Defendant Station Townhouses LLC; and Defendant Bozzuto Management Company.  No other parties, intervenors, or amici have appeared.

2.    Circuit Rule 26.1 disclosure:  Bozzuto Management Company is a nongovernmental corporation formed under the laws of Maryland and wholly owned by Bozzuto & Associates, Inc.  No publicly held corporation owns 10% or more of its stock. Bozzuto Management Company is the property manager for Station House Apartments, the multifamily residential community at issue in this appeal.

**Exhibit 2**

956165

Station Townhouses LLC is a limited liability company organized under the laws of Delaware and wholly owned by Capitol Place Mezz LLC, a Delaware limited liability company. No publicly held corporation holds any interest in Station Townhouses LLC.  Station Townhouses LLC owns Station House Apartments, the multifamily residential community at issue in this appeal.

**B.    Rulings Under Review**

Bozzuto appeals from the September 12, 2025 Order of District Judge Amit P. Mehta granting Plaintiff Artemus Eden's motion for a preliminary injunction.  *Eden v. Station Townhouses LLC*, No. 24-cv-02944 (APM), 2025 WL 2646934 (D.D.C. Sept. 12, 2025).

**C.    Related Cases**

This case was previously before the D.C. Superior Court.  Defendants Station Townhouses LLC and Bozzuto Management Company removed the case to federal court (*Eden v. Station Townhouses LLC, et al.*, No. 2025-CAB-005811).  Defendants are aware of no pending related cases.

Respectfully submitted,

**GALLAGHER LLP**

*/s/ Joe Dugan*

James D. Bragdon (Bar No. 61044)
jbragdon@gejlaw.com
Joe Dugan (Bar No. 66451)
jdugan@gejlaw.com
218 North Charles Street, Suite 400
Baltimore, MD  21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
*Attorneys for Defendants-Appellants*

Date:  October  2, 2025

956165

## **CERTIFICATE OF SERVICE**

I CERTIFY that on October 2, 2025, the foregoing Certificate as to Parties, Rulings, and Related Cases was served by CM/ECF on counsel of record, with email to the following:

Neil Satterlund, Esq.
Neighborhood Legal Services Program
64 New York Ave., NE
Washington, DC  20002
nsatterlund@nlsp.org

_____*/s/ Joe Dugan*_____
Joe Dugan

956165