IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTEMUS EDEN,**<br><br>        Plaintiff / Counter-Defendant,<br><br>v.<br><br>**STATION TOWNHOUSES LLC, et al.,**<br><br>        Defendants / Counterclaimants | **Case No. 1:25-cv-02944** |

**[PROPOSED] ORDER**

UPON REVIEW of "Appellee's Motion for Attorney's Fees" [ECF No. 34], Defendants' Opposition, and any reply or surreply thereto, it is **ORDERED** that the motion be and is **DENIED**.

Date: _____

_____
Hon. Amit P. Mehta
United States District Judge